UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | ) ) ) |
| Plaintiffs, | ) ) ) NO. 3:20-cv-00374 |
| v. | ) ) |
| TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE