# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.* <br><br> *Defendants*. | NO. 3:20-cv-0374 <br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY |

## NOTICE OF WITHDRAWAL

Mr. Jacob Conarck hereby provides notice that he is withdrawing as an attorney of record for the Plaintiffs from the above-captioned case and will not seek *pro hac vice* admittance.

Dated: May 29, 2020

Respectfully submitted,

*/s/ Jacob Conarck*
Jacob Conarck (D.C. Bar No. 1620049)
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Direct Telephone: 202-662-8395
Email: jconarck@lawyerscommittee.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on this 29th day of May, 2020:

Tre Hargett, in his official capacity as
Secretary of the State of the State of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Mark Goins, in his official capacity as
Coordinator of Elections for the State of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Amy Weirich, in her official capacity as
District Attorney General for Shelby County, Tennessee
201 Poplar Avenue, #301
Memphis, TN 38103

*/s William L. Harbison*
William L. Harbison