IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE, FREE HEARTS, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, SEKOU FRANKLIN, and KENDRA LEE, <br><br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his Official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee, <br><br> Defendants. | Case No. 3:20-cv-00374 <br> Judge Richardson <br> Magistrate Judge Frensley |

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.01(a)(3), the Attorney General, on behalf of the above-captioned Defendants, hereby requests leave to exceed the 25-page brief limit and file the attached Response in Opposition to Plaintiffs' Motion for Preliminary Injunction (DE 40).

As grounds for this Motion, undersigned counsel avers that Plaintiffs have raised multiple constitutional claims regarding Tennessee's absentee ballot statutes, and were permitted to submit a brief in support of their request for preliminary injunction which also exceeds the 25-page limitation of the Local Rules. *See* Order (DE 42). Defendants require an exemption from Local

Rule 7.01(a)(3) in order to address these arguments and in order to raise additional arguments related to Plaintiffs' lack of standing.

For these reasons, undersigned counsel respectfully asks to be excused from the page limitation of Local Rule 7.01(a)(3).

>Respectfully submitted,
>
>HERBERT H. SLATERY III
>Attorney General and Reporter
>
>/s/ Janet M. Kleinfelter
>JANET M. KLEINFELTER (BPR #13889)
>Deputy Attorney General
>Janet.kleinfelter@ag.tn.gov
>
>ANDREW B. CAMPBELL (BPR #14258)
>Senior Assistant Attorney General
>Andrew.campbell@ag.tn.gov
>
>ALEXANDER S. RIEGER (BPR 029362)
>Assistant Attorney General
>Alex.rieger@ag.tn.gov
>
>MATTHEW D. CLOUTIER (BPR 036710)
>Assistant Attorney General
>Matt.cloutier@ag.tn.gov
>
>Office of the Tennessee Attorney General
>Public Interest Division
>P.O. Box 20207
>Nashville, TN 37202
>(615) 741-7403
>
>*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| William L. Harbison | Danielle Lang |
| Lisa K. Helton | Ravi Doshi |
| Christopher C. Sabis | Molly Danahy |
| Christina R.B. López | Jonathan Diaz |
| Sherrard, Roe, Voigt & Harbison, PLC | Campaign Legal Center |
| 150 3rd Avenue South, Suite 1100 | 1101 14th Street NW, Suite 400 |
| Nashville, TN 37201 | Washington, DC 20005 |

Ezra Rosenberg
Pooja Chaudhuri
Jacob Conarck
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005


Date: June 25, 2020                             /s/ Janet M. Kleinfelter
                                                JANET M. KLEINFELTER
                                                Deputy Attorney General