IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.* <br><br> *Defendants*. | Civil No. 3:20-cv-0374 <br><br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY |

**NOTICE OF FILING OF AMENDED AND CORRECTED EXHIBIT A
TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY MEMORANDUM**

Counsel for Plaintiffs hereby gives notice of filing an amended and corrected Exhibit A to their motion for leave to exceed the page limit for their reply in support of their motion for preliminary injunction. The prior Exhibit A was inadvertently filed due to a clerical error, and Exhibit A hereto should be considered as Plaintiffs' proposed reply, in its entirety.

Dated: July 6th, 2020

Danielle Lang*
Ravi Doshi*
Molly Danahy*
Jonathan Diaz*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel.: (202) 736-2200
dlang@campaignlegalcenter.org
rdoshi@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org

Respectfully submitted,

  */s William L. Harbison*
William L. Harbison (No. 7012)
Lisa K. Helton (No. 23684)
Christopher C. Sabis (No. 30032)
Christina R.B. López (No. 37282)
Sherrard, Roe, Voigt & Harbison, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Phone: (615) 742-4200
Fax: (615) 742-4539
bharbison@srvhlaw.com
lhelton@srvhlaw.com
csabis@srvhlaw.com
clopez@srvhlaw.com

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 5.01, that on this 6th day of July, 2020, the foregoing was served via the Court's CM/ECF filing system and by electronic mail on the following:

Janet Kleinfelter
Andrew B. Campbell
Alexander Rieger
Matthew D. Cloutier
Office of the Tennessee Attorney General
301 6th Ave. N.
Nashville, Tennessee 37243
janet.kleinfelter@ag.tn.gov
andrew.campbell@ag.tn.gov
alex.rieger@ag.tn.gov
matt.cloutier@ag.tn.gov

*Counsel for Defendants*

                                                                                                  */s William L. Harbison*