# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE, FREE HEARTS, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, SEKOU FRANKLIN, and KENDRA LEE,** ) ) ) ) ) ) ) ) ) | **Case No. 3:20-cv-00374** <br> **Judge Richardson** <br> **Magistrate Judge Frensley** |
| **Plaintiffs,** ) | |
| v. ) | |
| **TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his Official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,** ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

The Attorney General, on behalf of the Defendants, moves this Court to stay discovery pending resolution of the contemporaneously-filed Motion to Dismiss.

Defendants' Motion to Dismiss asserts that none of the Plaintiffs have standing to assert their constitutional claims because the challenged statutes do not apply to them, because they have suffered no injury-in-fact that is causally connected to the challenged statutes or any other state action, and/or because they cannot satisfy the minimum requirements for organizational or associational standing. As the Motion to Dismiss addresses the threshold issue of this Court's

subject matter jurisdiction, conducting discovery on the merits of the asserted claims would needlessly increase the cost of this litigation for no purpose, especially when discovery would "have no relevance to the dispositive legal issues in question." *See Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999).

For these reasons, Defendants respectfully request that this Court stay discovery in this matter pending resolution of the Motion to Dismiss pursuant to Fed. R. Civ. P. 26(c) and this Court's inherent power.

Respectfully submitted,

HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Andrew B. Campbell
JANET M. KLEINFELTER (BPR #13889)
Deputy Attorney General
Janet.kleinfelter@ag.tn.gov

ANDREW B. CAMPBELL (BPR #14258)
Senior Assistant Attorney General
Andrew.campbell@ag.tn.gov

ALEXANDER S. RIEGER (BPR 029362)
Assistant Attorney General
Alex.rieger@ag.tn.gov

MATTHEW D. CLOUTIER (BPR 036710)
Assistant Attorney General
Matt.cloutier@ag.tn.gov

Office of the Tennessee Attorney General
Public Interest Division
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| William L. Harbison | Danielle Lang |
| Lisa K. Helton | Ravi Doshi |
| Christopher C. Sabis | Molly Danahy |
| Christina R.B. López | Jonathan Diaz |
| Sherrard, Roe, Voigt & Harbison, PLC | Campaign Legal Center |
| 150 3rd Avenue South, Suite 1100 | 1101 14th Street NW, Suite 400 |
| Nashville, TN 37201 | Washington, DC 20005 |

Ezra Rosenberg
Pooja Chaudhuri
Jacob Conarck
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005

Date: August 10, 2020    /s/ Andrew B. Campbell
　　　　　　　　　　　　　　Andrew B. Campbell
　　　　　　　　　　　　　　Senior Assistant Attorney General