IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE, FREE HEARTS, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, SEKOU FRANKLIN, and KENDRA LEE,<br><br>Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his Official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,<br><br>Defendants. | Case No. 3:20-cv-00374<br>Judge Richardson<br>Magistrate Judge Frensley |

**DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION
PENDING RESOLUTION OF MOTION TO DISMISS**

The Attorney General, on behalf of the Defendants, moves this Court to stay enforcement of the Preliminary Injunction (DE 80) issued by the Court on September 9, 2020, pending resolution of Defendants' Motion to Dismiss (DE 61). As discussed in more detail in the accompanying Memorandum of Law, Defendants submit that—at the time it issued the Preliminary Injunction—briefing on the Motion to Dismiss was not closed, and Defendants did not have an opportunity to address the Sweet Declaration (DE 78-8) until their submission of their Reply brief (DE 82). If the Motion to Dismiss (which now has been fully briefed) is granted in

Defendants' favor, the Preliminary Injunction will be a nullity.  Accordingly, Defendants request the Court to stay the Preliminary Injunction until it has ruled on the Motion to Dismiss.[1]

                                           Respectfully submitted,

                                           HERBERT H. SLATERY III
                                           Attorney General and Reporter

                                           /s/ Andrew B. Campbell
                                           JANET M. KLEINFELTER (BPR #13889)
                                           Deputy Attorney General
                                           Janet.kleinfelter@ag.tn.gov

                                           ANDREW B. CAMPBELL (BPR #14258)
                                           Senior Assistant Attorney General
                                           Andrew.campbell@ag.tn.gov

                                           ALEXANDER S. RIEGER (BPR 029362)
                                           Assistant Attorney General
                                           Alex.rieger@ag.tn.gov

                                           MATTHEW D. CLOUTIER (BPR 036710)
                                           Assistant Attorney General
                                           Matt.cloutier@ag.tn.gov

                                           Office of the Tennessee Attorney General
                                           Public Interest Division
                                           P.O. Box 20207
                                           Nashville, TN 37202
                                           (615) 741-7403

                                           *Attorneys for Defendants*

---

[1]     Pursuant to Local Rule 7.01(a)(1), undersigned counsel has conferred with counsel for Plaintiffs and has been advised that Plaintiffs will oppose this Motion.

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing documents have been forwarded electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties named below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| William L. Harbison<br>Lisa K. Helton<br>Christopher C. Sabis<br>Christina R.B. López<br>Sherrard, Roe, Voigt & Harbison, PLC<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201 | Danielle Lang<br>Ravi Doshi<br>Molly Danahy<br>Jonathan Diaz<br>Campaign Legal Center<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005 |

Ezra Rosenberg
Pooja Chaudhuri
Jacob Conarck
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005


Date: September 10, 2020          /s/ Andrew B. Campbell
                                                         Andrew B. Campbell
                                                         Senior Assistant Attorney General