IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3-20-cv-00374 ) JUDGE RICHARDSON ) |
| TRE HARGETT, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Pending before the Court is Defendants' motion (Doc. No. 83, "Motion") to stay the preliminary injunction entered by the Court at Doc. No. 80. Plaintiffs shall respond to the Motion by September 14, 2020. In addition, counsel are advised that, upon request from counsel, the Court would be willing to discuss logistical issues related to the Motion after the conclusion of the status conference scheduled for September 11, 2020 in related Case No. 3:20-cv-00736.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE