# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE, FREE HEARTS, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, SEKOU FRANKLIN, and KENDRA LEE,<br><br>       Plaintiffs,<br><br>v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,<br><br>       Defendants. | Civil No. 3:20-cv-0374<br><br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY |

**DECLARATION OF GLORIA JEAN SWEET-LOVE**
**(Pursuant to 28 U.S.C. § 1746)**

I, Gloria Jean Sweet-Love, am over the age of 18 and fully competent to make the following declaration. The facts in this declaration are based on my personal knowledge and upon information available to me through the files and records of Tennessee State Conference of the NAACP ("Tennessee NAACP"), of which I am president. If called upon as a witness, I would testify to these facts. Under penalty of perjury, I declare and state the following:

1. I am president of Tennessee NAACP. I have served as president of Tennessee NAACP since January 1996.

2. In this role, I am responsible for Tennessee NAACP's operations. I oversee the regional divisions, the branches, and the college chapters and youth councils ("local units"). I am

1

responsible for setting the direction, determining the priorities, planning, and executing civic engagement activities of all the local units.

    3.    Corey DeWayne Sweet is my grandson. He is a member of the Tennessee NAACP because he is a member of one the local branches, the Memphis Branch of the NAACP.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 10th day of September, 2020.

*Gloria Jean Sweet-Love* (signature)

Gloria Jean Sweet-Love