**United States District Court for the** Middle

**District of** Tennessee

| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:20-cv-00374 |
| TRE HARGETT, et al., | |
| Defendant. | |

# NOTICE OF APPEAL

Notice is hereby given that Memphis A. Philip Randolph Institute, The Equity Alliance, Free Hearts, The Memphis and West Tennessee AFL-CIO Central Labor Council, The Tennessee State Conference of the NAACP, and Sekou Franklin,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from the denial of Plaintiffs' motion to preliminarily enjoin Tenn. Code Ann. §§ 2-6-202(g) and 2-6-204, insofar as they collectively require rejection of absentee ballots on the basis of alleged signature verification deficiencies without first providing notice and an opportunity to cure
*The final judgment, from an order describing it*

entered in this action on the 28th day of August, 2020.

(s) William H. Harbison

Address: Sherrard Roe Voigt & Harbiso

150 3rd Ave S., Suite 1100

Nashville, Tennessee 37201

Attorney for Plaintiffs

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
11/16

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 5.01, that on this 11th day of September, 2020, the foregoing Notice of Appeal was served via the Court's CM/ECF filing system on the following:

Janet Kleinfelter
Andrew B. Campbell
Alexander Rieger
Matthew D. Cloutier
Office of the Tennessee Attorney General
301 6th Ave. N.
Nashville, Tennessee 37243
janet.kleinfelter@ag.tn.gov
andrew.campbell@ag.tn.gov
alex.rieger@ag.tn.gov
matt.cloutier@ag.tn.gov

*Counsel for Defendants*

/s William L. Harbison