# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILIP RANDOLPH INSTITUTE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, et al., <br><br> *Defendants*. | Civil No. 3:20-cv-0374 <br><br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY |

**PLAINTIFFS' NOTICE REGARDING OPPOSITION TO DEFENDANTS' MOTIONS TO STAY (DKT NO. 83) AND FOR RECONSIDERATION (DKT. NO. 87)**

At the September 11, 2020 conference between the Court and the parties, Plaintiffs advised the Court that they anticipated being able to respond to both Defendants' Motion to Stay and for Reconsideration by September 14, 2020. The Court graciously—and perhaps presciently—offered that, if necessary, Plaintiffs would be preemptively granted leave to extend their filing date to September 15, 2020. By this Notice, Plaintiffs notify the Court and Defendants that, consistent with the Court's offer, Plaintiffs will provide a response to Defendants' Motions to Stay and for Reconsideration by September 15, 2020. Plaintiffs thank the Court for its accommodation.

Dated: September 14, 2020

Respectfully Submitted,

 */s/ William L. Harbison*

| | |
|---|---|
| Danielle Lang* | William L. Harbison (No. 7012) |
| Ravi Doshi* | Lisa K. Helton (No. 23684) |
| Molly Danahy* | Christopher C. Sabis (No. 30032) |
| Jonathan Diaz* | Christina R.B. López (No. 37282) |
| Campaign Legal Center | Sherrard, Roe, Voigt & Harbison, PLC |
| 1101 14th Street NW, Suite 400 | 150 3rd Avenue South, Suite 1100 |
| Washington, DC 20005 | Nashville, TN 37201 |
| Tel.: (202) 736-2200 | Phone: (615) 742-4200 |

1

dlang@campaignlegalcenter.org
rdoshi@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org
jdiaz@campaignlegalcenter.org

Fax: (615) 742-4539
bharbison@srvhlaw.com
lhelton@srvhlaw.com
csabis@srvhlaw.com
clopez@srvhlaw.com

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

    I CERTIFY, pursuant to Local Rule 5.01, that on this 14th day of September, 2020, the foregoing Notice Regarding Opposition to Defendants' Motions to Stay (Dkt. No. 83) and for Reconsideration (Dkt. No. 87) was served via the Court's CM/ECF filing system on the following:

Janet Kleinfelter
Andrew B. Campbell
Alexander Rieger
Matthew D. Cloutier
Office of the Tennessee Attorney General
301 6th Ave. N.
Nashville, Tennessee 37243
janet.kleinfelter@ag.tn.gov
andrew.campbell@ag.tn.gov
alex.rieger@ag.tn.gov
matt.cloutier@ag.tn.gov

*Counsel for Defendants*

                                          */s/ William L. Harbison*