The Motion is GRANTED.
*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, THE EQUITY ALLIANCE, FREE HEARTS, THE MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL, THE TENNESSEE STATE CONFERENCE OF THE NAACP, SEKOU FRANKLIN, and KENDRA LEE,<br><br>            Plaintiffs,<br><br>    v.<br><br>TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee, MARK GOINS, in his Official capacity as Coordinator of Elections for the State of Tennessee, and AMY WEIRICH, in her official capacity as the District Attorney General for Shelby County, Tennessee,<br><br>            Defendants. | Case No. 3:20-cv-00374<br>Judge Richardson<br>Magistrate Judge Frensley |

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Pursuant to Local Rule 7.01(a)(3), the Attorney General, on behalf of the above-captioned Defendants, hereby requests leave to exceed the 5-page brief limit and file the attached Consolidated Reply in support of their Motion to Stay Preliminary Injunction (DE 83) and Motion for Reconsideration (DE 87).

As grounds for this Motion, undersigned counsel avers that Defendants' proposed Reply addresses the merits of two Motions, and—in so doing—must discuss the content of four new Declarations (DEs 86-1, 86-2, 93-1, and 93-2) submitted by Plaintiffs, as well as an additional