IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) NO. 3-20-cv-00374 ) JUDGE RICHARDSON ) |
| TRE HARGETT, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court are Plaintiffs' Request to File Surreply, or, in the Alternative, to Deem the Present Filing as a Surreply (Doc. No. 99) and Defendant's "Sur-Response" (Doc. No. 100). Plaintiff's request to deem Doc. No. 99 as a sur-reply is **GRANTED**, and to the extent Defendants seek permission to file their "Sur-Response," that permission is also granted. There will be **no further briefing** on the pending Motion to Reconsider and Motion to Stay.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE