IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>TRE HARGETT, *et al.*<br><br>*Defendants*. | Civil No. 3:20-cv-0374<br>JUDGE RICHARDSON<br>MAGISTRATE JUDGE FRENSLEY |

### [PROPOSED] ORDER DISMISSING PLAINTIFFS' FIRST CLAIM FOR RELIEF AND PLAINTIFF KENDRA LEE WITHOUT PREJUDICE

**WHEREAS,** on September 23, 2020, Plaintiffs made an unopposed motion to voluntarily dismiss their first claim for relief—challenging the scope of Tennessee's absentee eligibility criteria as outlined in Tennessee Code § 2-6-201—and to voluntarily dismiss Plaintiff Kendra Lee, from this action pursuant to Federal Rule of Civil Procedure 21;

**WHEREAS**, having considered the papers submitted in support of Plaintiffs' Motion, Defendants' non-opposition thereto, and the record as a whole, for the reasons set forth therein, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiffs' First Claim for Relief, challenging Tennessee's absentee voting criteria under Tennessee Code § 2-6-201, is hereby DISMISSED without prejudice;

2. Plaintiff Kendra Lee is DISMISSED without prejudice.

**It is SO ORDERED.**

_____
ELI J. RICHARDSON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify, that on this 28th day of September, 2020, the forgoing was filed electronically, and will be served via the Court's CM/ECF system on the following:

Janet Kleinfelter
Andrew B. Campbell
Alexander Rieger
Matthew D. Cloutier
Office of the Tennessee Attorney General
301 6th Avenue North
Nashville, Tennessee 37243
janet.kleinfelter@ag.tn.gov
andrew.campbell@ag.tn.gov
alex.rieger@ag.tn.gov
matt.cloutier@ag.tn.gov

*Counsel for Defendants*

                                            */s/ Lisa K. Helton*
                                            Lisa K. Helton

2

Case 3:20-cv-00374   Document 105   Filed 09/28/20   Page 2 of 2 PageID #: 2785