IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., ) ) ) Plaintiffs, ) ) v. ) ) TRE HARGETT, et al., ) ) Defendants. ) | NO. 3-20-cv-00374 JUDGE RICHARDSON |

## **ORDER**

Defendants have filed an Emergency Motion for a Stay Pending Appeal (Doc. No. 109, "Motion"). Plaintiffs shall file a response to the Motion by midnight on Wednesday, October 7, 2020. Otherwise, there shall be no further briefing on the Motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT COURT