# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 13, 2020

Mr. Matthew Daniel Cloutier

Ms. Molly Danahy

Mr. William L. Harbison

Ms. Janet M. Kleinfelter

Mr. Ezra D. Rosenberg

Re:  Case No. 20-6141, *Memphis A.PhillipRandolphInst, et al v. Tre Hargett, et al*
Originating Case No. : 3:20-cv-00374

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti for Robin L. Baker,
Case Management Specialist
Direct Dial No. 513-564-7012

cc:  Mr. Kirk L. Davies

Enclosure

Case No. 20-6141

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MEMPHIS A. PHILLIP RANDOLPH INSTITUTE; THE EQUITY ALLIANCE; FREE HEARTS; MEMPHIS AND WEST TENNESSEE AFL-CIO CENTRAL LABOR COUNCIL; THE TENNESSEE STATE CONFERENCE OF THE NAACP; SEKOU FRANKLIN

   Plaintiffs - Appellees

and

KENDRA LEE

   Plaintiff

v.

TRE HARGETT, in his official capacity as Secretary of State of the State of Tennessee; MARK GOINS, in his official capacity as Coordinator of Elections for the State of Tennessee; AMY P. WEIRICH, in her official capacity as District Attorney General for Shelby County, Tennessee

   Defendants - Appellants

 Appellants have filed a motion to expedite the briefing schedule.

 Upon consideration, the motion is **GRANTED**. An expedited briefing schedule will issue by separate letter.

           **ENTERED BY ORDER OF THE COURT**
           Deborah S. Hunt, Clerk

Issued: October 13, 2020