# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. RANDOLPH INSTITUTE, et al., <br> Plaintiff(s) <br><br> v. <br><br> TRE HARGETT, et al., <br> Defendant(s) | Case No. 3:20-cv-00374 <br> Judge Richardson/Frensley |

## **O R D E R**

Pending is Defendant's Motion to Stay Discovery. Docket No. 118. This Motion is a renewed Motion to Stay; the original motion was filed August 10, 2020. Docket No. 63. Plaintiffs shall respond to the Motions by November 20, 2020.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge