IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MEMPHIS A. PHILLIP RANDOLPH
INSTITUTE, *et al.*

    *Plaintiffs*,

v.

TRE HARGETT, *et al.*

    *Defendants*.

Civil No. 3:20-cv-0374
JUDGE RICHARDSON
MAGISTRATE JUDGE FRENSLEY

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE INITIAL CASE MANAGEMENT ORDER

**WHEREAS,** on November 25, 2020, Plaintiffs made an unopposed motion to modify the initial case management order by vacating the upcoming December 1, 2020 deadline to amend pleadings;

**WHEREAS,** on November 23, 2020, the Court set a February 8, 2021 scheduling conference with the parties to evaluate case management deadlines;

**WHEREAS**, having considered Plaintiffs' Motion, Defendants' non-opposition thereto, and the record as a whole, for the reasons set forth therein, and for good cause shown,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Modify the Initial Case Management Order is GRANTED such that the deadline to amend the pleadings shall be vacated, and a new deadline shall be set at the February 8, 2021 scheduling conference.

**It is SO ORDERED.**

JEFFREY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE

Submitted by,

| | /s/ William L. Harbison |
|---|---|
| Danielle Lang* | William L. Harbison (No. 7012) |
| Ravi Doshi* | Lisa K. Helton (No. 23684) |
| Molly Danahy* | Christopher C. Sabis (No. 30032) |
| Jonathan Diaz* | Christina R.B. López (No. 37282) |
| Campaign Legal Center | Sherrard, Roe, Voigt & Harbison, PLC |
| 1101 14th Street NW, Suite 400 | 150 3rd Avenue South, Suite 1100 |
| Washington, DC 20005 | Nashville, TN 37201 |
| Tel.: (202) 736-2200 | Phone: (615) 742-4200 |
| dlang@campaignlegalcenter.org | Fax: (615) 742-4539 |
| rdoshi@campaignlegalcenter.org | bharbison@srvhlaw.com |
| mdanahy@campaignlegalcenter.org | lhelton@srvhlaw.com |
| jdiaz@campaignlegalcenter.org | csabis@srvhlaw.com |
| | clopez@srvhlaw.com |

Ezra Rosenberg*
Pooja Chaudhuri*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
erosenberg@lawyerscommittee.org
pchaudhuri@lawyerscommittee.org

*Admitted Pro Hac Vice