# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, ET AL. <br>     Plaintiffs, <br><br> v. <br><br> TRE HARGETT, ET AL. <br>     Defendants. | Civil Action No. 3:20-cv-374 <br> Judge Richardson/Frensley |

## ORDER

The Court held a status conference with the Parties on March 3, 2021. Per the Court's previous Order (Docket No. 124), discovery in this matter had been stayed pending the status conference. The purpose of the status conference was to reevaluate the propriety of the stay and consider any modification to the scheduling order in this case.

For the reasons stated in the status conference, the Court's previous order staying discovery is vacated. The Parties may commence discovery in this matter. Per the guidance provided by the Court, the Parties should attempt to phase discovery to maximize efficiencies. The Court acknowledged the need to modify the scheduling order in light of the delays in this action and pending dispositive motions. The Parties are directed to meet and confer with regard to the schedule in this case and submit a proposed revised scheduling order prior to the current deadline for the completion of fact discovery in this case.

**IT IS SO ORDERED.**

                                                    **JEFFERY S. FRENSLEY**
                                                    **United States Magistrate Judge**