**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

MEMPHIS A. PHILLIP RANDOLPH    )
INSTITUTE, et al.,    )
    )
       Plaintiff(s),    )
    )
v.    )    Case No. 3:20-cv-00374
    )    Judge Richardson / Frensley
    )
TRE HARGETT, et al.,    )
    )
       Defendant(s)    )

## O R D E R

A Case Management Conference is set for **June 8, 2021, at 9:30 a.m**. via telephone to discuss the ongoing discovery issues. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

JEFFERY S. FRENSLEY
United States Magistrate Judge