IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, ET AL. <br> Plaintiffs, <br><br> v. <br><br> TRE HARGETT, ET AL. <br> Defendants. | Civil Action No. 3:20-cv-374 <br> Judge Richardson/Frensley |

## ORDER

The Court held a status conference with the Parties on June 8, 2021 to discuss a discovery dispute. Based upon the discussion and guidance of the Court, the Parties shall file supplemental briefing on their positions regarding responses to interrogatory requests and work product privilege on or before **June 18, 2021**. The briefs shall not exceed 10 pages. Optional replies may be filed by **June 23, 2021** which shall not exceed 5 pages.

IT IS SO ORDERED.

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**