IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | ) ) |
| Plaintiffs, | ) NO. 3:20-cv-00374 ) |
| v. | ) JUDGE RICHARDSON ) ) |
| TRE HARGETT, | ) ) |
| Defendants. | ) |

**ORDER**

On June 22, 2021, the Sixth Circuit Court of Appeals vacated the preliminary injunction previously issued by this Court on September 9, 2021. The Sixth Circuit did so after finding that "plaintiffs have failed to justify the continuing need for the preliminary injunction because plaintiffs have not demonstrated that there is a substantial likelihood that their claim remains justiciable." (Doc. No. 146 at 15). The Sixth Circuit then remanded the case for further proceedings consistent with its opinion. (*Id.*).

On or before June 30, 2021, Defendants (collectively, if possible) and Plaintiffs (collectively, if possible) shall file a notice with the Court that indicates their position as to whether the Sixth Circuit's June 22, 2021 ruling affects any pending motion in this case or the disposition of the case as a whole. The parties may file a single, joint notice if all parties are in agreement on these topics.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

1