IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS A. PHILLIP RANDOLPH INSTITUTE, et al., | ) ) ) NO. 3:20-cv-00374 |
| Plaintiffs, | ) ) JUDGE RICHARDSON |
| v. | ) ) |
| TRE HARGETT, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

On August 9, 2021, Plaintiffs filed a Motion for Attorneys' Fees (Doc. No. 158, "Motion").

The Motion is referred to the Magistrate Judge for decision or recommendation as appropriate.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE